IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>UNITED STATES DEPARTMENT OF<br>     ENERGY;<br><br>RICK PERRY,<br>in his official capacity as Secretary of Energy;<br><br>NATIONAL NUCLEAR SECURITY<br>ADMINISTRATION; and<br><br>LISA E. GORDON-HAGERTY,<br>in her official capacity as Administrator of the<br>National Nuclear Security Administration<br>and Undersecretary for Nuclear Security.<br><br>         Defendants. | Case No. 1:18-cv-1431-JMC |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants, the United States; United States Department of Energy; Rick Perry, in his official capacity as Secretary of the United States Department of Energy; National Nuclear Safety Administration; and Lisa E. Gordon-Hagerty, in her official capacity as Under Secretary for Nuclear Security and National Nuclear Safety Administration Administrator, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's June 7, 2018 Preliminary Injunction Order, ECF No. 23.

Respectfully submitted,

CHAD A. READLER
Assistant Attorney General
Civil Division

ERIC WOMACK
Assistant Director
Federal Programs Branch

SHERRI A. LYDON
United States Attorney

BARBARA M. BOWENS (#4004)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000

RAPHAEL O. GOMEZ (D.C. Bar #305540)
Senior Trial Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-1318
Facsimile: (202) 616-8460
raphael.gomez@usdoj.gov

By: /s/ Martin M. Tomlinson
MARTIN M. TOMLINSON (#76014)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-4556
martin.m.tomlinson@usdoj.gov

June 15, 2018                                    *Attorneys for the Defendants*