# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| State of South Carolina,<br>*Plaintiff*<br>v.<br><br>United States, United States Department of Energy, Rick Perry in his official capacity as Secretary of Energy, National Nuclear Security Administration, Lisa E. Gordon-Hagerty in her official capacity as Administrator of the National Nuclear Security Administration and Undersecretary for Nuclear Security,<br>*Defendants* | Civil Action No.  1:18-01431-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the Plaintiff shall take nothing of the Defendants and this action is dismissed without prejudice pursuant to Rule 12(b)(1) of the FRCP.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having reconsidered the matter in accordance with the decision of the United States Court of Appeals for the Fourth Circuit which vacated this court's decision granting the State injunctive relief and remanded to the district court for further proceedings and having granting the Government's motion to dismiss.

Date:  February 20, 2020

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*